No. 12M73. C. B. v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Motion for leave to file petition for writ of certiorari with supplemental appendix under seal granted.

No. 12–71. ARIZONA ET AL. v. INTER TRIBAL COUNCIL OF ARIZONA, INC., ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 962.] Motion of Jesus M. Gonzalez et al. to correct case caption denied.

No. 12–99. UNITE HERE LOCAL 355 v. MULHALL ET AL.; and
No. 12–312. MULHALL ET AL. v. UNITE HERE LOCAL 355. C. A. 11th Cir.; and
No. 12–300. PFIZER INC. v. LAW OFFICES OF PETER G. ANGELOS. C. A. 2d Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 12–736. SIBLEY v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 12–6292. SANDERS v. DETROIT POLICE DEPARTMENT ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1022] denied.

No. 12–6972. BATISTA v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1047] denied.

No. 12–7144. MUTHUKUMAR v. UNIVERSITY OF TEXAS AT DALLAS. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 4, 2013, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 12–7827. IN RE LICON; and
No. 12–7846. IN RE HERNANDEZ. Petitions for writs of habeas corpus denied.

No. 12–7876. IN RE SCHMIDT. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.